# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WORD OF FAITH WORLD OUTREACH CENTER CHURCH, INC., ) ) ) Petitioner, ) ) v. ) ) UNITED STATES OF AMERICA ) ex rel. INTERNAL REVENUE SERVICE ) ) Respondent. ) | Case No.: 16-MC-017-CVE-TLW |

**Certificate of Service**

I hereby certify that on July 11, 2016, I electronically transmitted an Appearance and a Motion to Quash Summons to the Clerk of Court using the ECF System for filing.

I hereby certify that on July 13, 2016, I served the same documents by: U.S. Postal Service on the following who are not registered participants of the ECF system:

U.S. Attorney
Danny C. Williams, Sr.
10 West 7th, Suite 300
Tulsa, OK 74119

Internal Revenue Service
Jay Bryce
8321 E. 61st Street, Bldg. B
Room 140A: M/S 5227
Tulsa, OK 74133

Peoples Bank
David Johnson
455 S. Lewis
Tulsa, OK 74104

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

s/ Charles D. Harrison
Charles D. Harrison, OBA #3921
Eagleton, Eagleton & Harrison, Inc.
320 S. Boston, Suite 1700
Tulsa, OK 74103-4706
(918) 584-0462; (918) 584-3724 Fax
charrison@eehlaw.com