# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WORD OF FAITH WORLD OUTREACH CENTER CHURCH, INC., )<br><br>    Petitioner, )<br><br>v. )<br><br>UNITED STATES OF AMERICA )<br>ex rel. INTERNAL REVENUE SERVICE )<br><br>    Respondent. ) | Case No.: 16-MC-017-CVE-TLW |

## NOTICE OF DISMISSAL

The Petitioner (Plaintiff), Word of Faith World Outreach Center Church, Inc., hereby voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A). The Respondent, United States of America ex rel. Internal Revenue Service withdrew its Summons after the Petitioner filed their Petition, and has not yet filed an Answer in this case, as there is no longer a controversy requiring resolution.

Dated this 21st day of July, 2016.

                                                s/ Charles D. Harrison_____
                                              Charles D. Harrison, OBA #3921
                                              Eagleton, Eagleton & Harrison, Inc.
                                              320 S. Boston, Suite 1700
                                              Tulsa, OK 74103-4706
                                              (918) 584-0462; (918) 584-3724 Fax
                                              charrison@eehlaw.com

# CERTIFICATE OF MAILING

      I hereby certify that a true and correct copy of the Notice of Dismissal was mailed by regular mail, postage prepaid on July 21, 2016, to the following:

| | |
|---|---|
| U.S. Attorney<br>Danny C. Williams, Sr.<br>10 West 7th, Suite 300<br>Tulsa, OK 74119 | Internal Revenue Service<br>Jay Bryce<br>8321 E. 61st Street, Bldg. B<br>Room 140A: M/S 5227<br>Tulsa, OK 74133 |
| Peoples Bank<br>David Johnson<br>455 S. Lewis<br>Tulsa, OK 74104 | U.S. Attorney General<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 |

                                               s/ Charles D. Harrison